MILLARD E. THEODORE, Respondent, *v.* NEWS SYNDICATE Co., INC., Appellant.

(Argued January 28, 1936; decided March 3, 1936.)

604

*Howard Ellis, Stuart N. Updike* and *James W. Rodgers* for appellant.

*Charles H. Tuttle* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.